| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Elton J Tate, Sr. |
| Debtor 2 (Spouse, if filing) | Arrica S Tate |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 15-43785 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: XXXX4946

**Date of payment change:** 05/01/2016
Must be at least 21 days after date of this notice

**New total payment:** $ 349.58
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ○ No
   - ● Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 175.25    New escrow payment: $ 219.08

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ● No
   - ○ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate    %            New interest rate:    %

   Current principal and interest payment: $          New principal and interest payment: $

## Part 3: Other Payment Change

1. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ● No
   - ○ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Elton J Tate, Sr. Arrica S Tate | Case number (*if known*) 15-43785 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

○ I am the creditor.

● I am the creditor's attorney or authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:

X _____(signature)_____   Date 4 / 7 / 2016

Print: Barbara Dn
First Name   Middle Name   Last Name

Title: Creditor's Authorized Agent

Company: Rosicki, Rosicki & Associates, P.C.

Address: 51 E. Bethpage Road
Number   Street
Plainview NY 11803
City   State   ZIP Code

Contact phone: (516) 741-2585   Email: bkmail@rosicki.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served via Electronic Case Filing on the following parties:

James P. Frego, II, Esq.

David Wm Ruskin, Esq.

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served via first class mail on the following parties:

Elton J Tate, Sr.
30640 Nelson Cir
Westland, MI 48186

Arrica S Tate;
30640 Nelson Cir
Westland, MI 48186

April 8 2016

_____
Colette Voyard



**seterus**
PO Box 1077
Hartford CT 06143

Representation Of Printed Document

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
Phone 866.570.5277

ARRICA TATE
C/O JAMES P. FREGO, II
23833 JOY RD STE 3
DEARBORN HTS MI 48127-1580

### ESCROW ACCOUNT STATEMENT

| Analysis Date | 03/28/16 |
|---|---|
| Loan Number | |

| Current Payment | | New Payment Effective 05/01/16 | |
|---|---|---|---|
| Principal and Interest | $130.50 | Principal and Interest* | $130.50 |
| Escrow | $175.25 | Escrow | $206.46 |
| | | Shortage Spread | $12.62 |
| Total Current Payment | $305.75 | Total NEW Payment* | $349.58 |

* The principal and interest payments reflect the contractual amount due under the note which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus Inc. is the servicer of the above-referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on March 12, 2015. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any deficiency and/or shortage listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS May 2016 to April 2017 | | ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 - MONTH ESCROW CYCLE Anticipated Activity | | | |
|---|---|---|---|---|---|
| CITY | 829.52 | | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
| HAZARD INS | 1648.00 | Beginning Balance** | | | | $351.17- |
| Total Disbursements | 2,477.52 | Post Petition Beg Bal | | | | $68.62 |
| | | Date | | | | |
| | | 05/01/2016 | 206.46 | 0.00 | | 275.08 |
| | | 06/01/2016 | 206.46 | 0.00 | | 481.54 |
| Bankruptcy File Date | March 12, 2015 | 07/01/2016 | 206.46 | 383.00- | CITY | 305.00 |
| | | 08/01/2016 | 206.46 | 0.00 | | 511.46 |
| | | 09/01/2016 | 206.46 | 0.00 | | 717.92 |
| Pre-Petition Escrow Shortage or Deficiency as of Analysis Date | $19.79 | 10/01/2016 | 206.46 | 0.00 | | 924.38 |
| | | 11/01/2016 | 206.46 | 0.00 | | 1,130.84 |
| | | 12/01/2016 | 206.46 | 446.52- | CITY | 890.78 |
| | | 01/01/2017 | 206.46 | 0.00 | | 1,097.24 |
| | | 02/01/2017 | 206.46 | 1,648.00- | HAZARD INS | 344.30- |
| | | 03/01/2017 | 206.46 | 0.00 | | 137.84- |
| | | 04/01/2017 | 206.46 | 0.00 | | 68.62 |
| *Escrow Balance adjusted by proof of claim amounts | | Total | $2,477.52 | $2,477.52 | | |

**Beginning balance = Starting balance less any unpaid escrow disbursements due in the prepaid period

The escrow account has a pre-petition and post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment. The projected beginning balance of your escrow account is $68.62. Your required beginning balance according to this analysis should be $825.84. This means you have a post-petition shortage and/or deficiency over the next 60 installments and included this amount in your escrow payment.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer $412.92.

\*\*\*Continued \*\*\*

INTERNET REPRINT

Representation of Printed Document

### ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from February 2016 to April 2016. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period the projected escrow balance will be zero.

| ACTUAL ESCROW ACCOUNT HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance Date | | | | | | | $0.00 |
| Total | $0.00 | $0.00 | $0.00 | $0.00 | | | |

* indicates a difference from a previous estimate either in the date or the amount.
** indicates escrow payment made during a period where the loan was paid ahead.
NOTE - This analysis was prepared in advance of the escrow payment change date. Therefore the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

INTERNET REPRINT