| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Elton J. Tate |
| Debtor 2 (Spouse, if filing) | Arrica S. Tate |
| United States Bankruptcy Court for the: | Eastern District   District of Michigan (State) |
| Case number | 15-43785-sjs |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust N.A, as Trustee

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 4 9 4 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Property Insurance Advanced | 8/29/2021 | (11) $ 873.00 |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Elton J. Tate      Case number (*if known*) 15-43785-sjs
           First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Panayiotis D. Marselis      Date 4 / 9 / 2021
    Signature

Print:    Panayiotis D. Marselis      Title   Attorney for Creditor
         First Name   Middle Name   Last Name

Company    Hladik, Onorato & Federman, LLP

Address    3290 W. Big Beaver Rd., Ste 118
          Number    Street

          Troy          MI    48084
          City          State    ZIP Code

Contact phone ( 248 ) 519 – 4112      Email pmarselis@hoflawgroup.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

In re:

| | |
|---|---|
| **Elton J Tate, Sr.,**<br>Arrica S Tate,<br><br>Debtor.<br>_____/ | Chapter 13<br>Case No.: 15-43785-sjs<br>Hon. Successor to Judge Shefferly |

## PROOF OF SERVICE

Panayiotis D. Marselis says that on April 9, 2021, I served a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the following parties either electronically, or by depositing in the U.S. Mail, postage prepaid:

Krispen S. Carroll
719 Griswold
Suite 1100
Detroit, MI 48226
(via CM/ECF Notification)

James P. Frego, II
Frego & Assc.-The BankruptcyLaw Office
23843 Joy Road
Dearborn Heights, MI 48127
(via CM/ECF Notification)

Elton J Tate, Sr.
30640 Nelson Cir
Westland, MI 48186
(via Regular First Class Mail)

Arrica S Tate
30640 Nelson Cir
Westland, MI 48186
(via Regular First Class Mail)

/s/ Panayiotis D. Marselis
Panayiotis D. Marselis (P66572)
3290 W. Big Beaver, Ste. 117
Troy, MI 48084
(248) 362-2600
bankruptcy@hoflawgroup.com