**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

ELTON J TATE, SR.
ARRICA S TATE

Debtors

CHAPTER **13**
Case No. 15-43785-LSG
Judge LISA S. GRETCHKO

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND
TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS;
NOTICE TO CREDITORS OF OBLIGATION TO
FILE A RESPONSE AND RIGHT TO OBJECT; AND
NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION**

*Please read this Report carefully. It advises you of certain
rights and deadlines imposed pursuant to the law.*
**Your rights may be adversely affected.**

David Wm. Ruskin, Standing Chapter 13 Trustee, pursuant to F.R.Bankr.P. 3002.1(f) and E.D. Mich. LBR 2015-3(a)(1), reports to the Court that the above-named Debtors have completed all payments under the confirmed Chapter 13 plan.

This notice is provided pursuant to F.R.Bankr.P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtors' principal residence and whose claims are provided for under 11 U.S.C. 1322(b)(5).

> **IF YOUR CLAIM WAS PAID BY THE TRUSTEE, THE DEBTORS HAVE PAID IN FULL THE AMOUNT REQUIRED TO CURE ANY DEFAULT ON YOUR CLAIM.**
>
> **IF YOUR CLAIM WAS PAID DIRECTLY BY THE DEBTORS OR THE AUTOMATIC STAY WAS LIFTED DURING THE TERM OF THE DEBTORS' CHAPTER 13 PLAN, THE TRUSTEE DOES NOT HAVE ANY INFORMATION REGARDING WHETHER THIS OBLIGATION IS CURRENT.**
>
> **PURSUANT TO F.R.BANKR.P. 3002.1(g), YOU ARE REQUIRED TO FILE AND SERVE A RESPONSE ON THE DEBTORS, DEBTORS' COUNSEL AND THE TRUSTEE, NO LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. F.R.BANKR.P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE REQUIRED RESPONSE.**

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(2), if the Court determines that Debtors' are eligible for a Discharge, the Order of Discharge will include findings that:

1. All allowed claims have been paid in accordance with the plan; and

2. With respect to any secured claim that continues beyond the term of the plan, any prepetition or post-petition defaults have been cured.

Pursuant to E.D. Mich. LBR 2015-3(a)(3), if the Court determines that Debtors' are eligible for a Discharge, the Order of Discharge will direct that:

1. Any creditor who held a secured claim that was fully paid shall execute and deliver to the Debtors a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and

2. Any creditor who holds a secured claim that continues beyond the term of the plan shall take no action inconsistent with the findings set forth in the Order of Discharge.

### RIGHTS AND DUTIES OF DEBTORS

**Duty of Debtors regarding secured debt obligations:** Every Debtor, regardless of whether the Debtor is or claims to be entitled to a discharge, must:

1. Immediately begin making the required payments on secured debt obligations to avoid defaulting on those secured debt obligations.

2. Continue to make required payments on secured debt obligations until those obligations are paid in full. If the Court determines that the Debtors are eligible for a Discharge, the Chapter 13 Discharge will not discharge the Debtors from any obligation on any continuing secured debt payments that come due after the date of the Debtors' last payment under the Plan.

*See* E.D. Mich. LBR 2015-3(a)(6)&(7).

**If the Debtor claims to be eligible for a discharge pursuant to 11 USC Section 1328:**

1. Within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor must file with the Court the Certification Regarding Domestic Support Obligations. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

2. If this is a Joint Case, each Debtor must separately complete and file the Certification Regarding Domestic Support Obligations. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

3. If the Debtor fails to complete and file the Certification Regarding Domestic Support Obligations within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor's case may be closed by the Court without the entry of a discharge. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

**RIGHTS AND DUTIES OF CREDITORS**

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(4), if any party in interest asserts that:

1. The Debtors have failed to make all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; or

2. The Debtors are not current in any payments the Debtors were authorized to make directly to a creditor; or

3. One or more allowed claims have not been paid in accordance with the plan; or

4. With respect to any secured claim that continues beyond the term of the plan, there remains prepetition or post-petition defaults that have not been cured; or

5. A creditor has a lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; or

6. There exists reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the Debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

the party may file an objection to this Report. Any objection must be filed not later than 21 days after service of this Trustee's Report. If a timely objection is filed, the Court will delay entry of the order of discharge until the Court resolves the objection and a hearing will be scheduled with notice to the objecting party.

In addition to the requirements of F.R.Bankr.P. 3002.1(g), if no objection to this Trustee's Report is timely filed, pursuant to E.D. Mich. LBR 2015-3(a)(5), it shall be conclusively determined that:

1. Debtors have made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; and

2. Debtors are current in all payments Debtors were authorized to make directly to a creditor; and

3. All allowed claims have been paid in accordance with the plan; and

4. With respect to any secured claim that continues beyond the term of the plan, all prepetition and post-petition defaults have been cured; and

5. A creditor has no lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and;

6. There exists no reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

7. The Court may enter an order of discharge containing the terms set forth above without further notice or hearing.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: June 09, 2021

/s/ Thomas D. DeCarlo
DAVID WM. RUSKIN (P26803)
Attorney and Chapter 13 Standing Trustee
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
Telephone (248) 352-7755

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
ELTON J TATE, SR.
ARRICA S TATE

Debtors

CHAPTER 13
Case No. 15-43785-LSG
Judge LISA S. GRETCHKO

### PROOF OF SERVICE OF TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION

  I hereby certify that on June 09, 2021, I electronically filed the TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

  The following parties were served electronically:

Frego & Associates - The Bankruptcy Law Office Plc
23843 Joy Road
Dearborn Heights, MI 48127

  The parties on the attached list were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto.

/s/ Deanna Thiel
_____
Deanna Thiel
For the Office of the Chapter 13 Standing Trustee-Detroit
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
(248) 352-7755

©2016 David Wm. Ruskin

ELTON J TATE, SR.
ARRICA S TATE
30640 NELSON CIR
WESTLAND, MI  48186

ADVANTA BANK CORP
% RESURGENT CAPITAL SERVICES
P O BOX 10368
GREENVILLE, SC 29603-0368

ADVANTA CREDIT CARD
P O BOX 660676
DALLAS, TX 75266-0676

AES/PNC
P O BOX 757
PITTSBURGH, PA 15265

ALLY BANK
P O BOX 130424
ROSEVILLE, MN 55113-0004

ALLY BANK
P O BOX 78367
PHOENIX, AZ 85062-8367

ALLY FINANCIAL
P O BOX 78367
PHOENIX, AZ 85062-8234

ALLY FINANCIAL
P O BOX 130424
ROSEVILLE, MN 55113

ALLY FINANCIAL
P O BOX 9001951
LOUISVILLE, KY 40290-1951

BANK OF AMERICA
P O BOX 15019
WILMINGTON, DE 19886

BEST BUY
P O BOX 6497
SIOUX FALLS, SD 57117

BSI FINANCIAL SERVICES
1425 GREENWAY DR #400
IRVING, TX 75038

BSI FINANCIAL SERVICES
% FABRIZIO & BROOK PC
3290 W BIG BEAVER RD #117
TROY, MI 48084

CHASE
P O BOX 94014
PALATINE, IL 60094

CHASE BANK
P O BOX 15298
WILMINGTON, DE 19850

CITI CARDS
P O BOX 6241
SIOUX FALLS, SD 57117

CITI CARDS
PROCESSING CENTER
DES MOINES, IA 50363-0001

©2016 David Wm. Ruskin

CITIBANK
6716 GRADE LN BLG 9 - PY DEPT
LOUISVILLE, KY 40213-3439

CITIBANK
P O BOX 6500
SIOUX FALLS, SD 57117

CITIBANK NA
701 EAST 60TH STREET NORTH
SIOUX FALLS, SD 57117

CITIMORTGAGE
P O BOX 6243
SIOUX FALLS, SD 57117

CITIMORTGAGE INC
P O BOX 688971
DES MOINES, IA 50368

CITY OF DETROIT INCOME TAX DIVISION
2 WOODWARD AVENUE ROOM 512
DETROIT, MI 48226

COMENITY BANK
% QUANTUM3 GROUP LLC
P O BOX 788
KIRKLAND, WA 98083-0788

COMENITY CAPITAL BANK
% QUANTUM3 GROUP LLC
P O BOX 788
KIRKLAND, WA 98083-0788

COMENITY/GARDNER WHITE
P O BOX 182120
COLUMBUS, OH 43216

DISCOVER BANK
% DISCOVER PRODUCTS
P O BOX 3025
NEW ALBANY, OH 43054-3025

DISCOVER BANK
P O BOX 15316
WILMINGTON, DE 19850

DTE ENERGY
ONE ENERGY PLAZA WCB 735
DETROIT, MI 48226

ECAST SETTLEMENT CORPORATION
P O BOX 29262
NEW YORK, NY 10087-9262

GOLFSIDE VILLAGE
P O BOX 252105
WEST BLOOMFIELD, MI 48325-2105

GREEN TREE
P O BOX 6172
RAPID CITY, SD 57709

HOME DEPOT
P O BOX 6497
SIOUX FALLS, SD 57117

INTERNAL REVENUE SERVICE
P O BOX 7317
PHILADELPHIA, PA 19101-7317

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101

MICHIGAN DEPARTMENT OF TREASURY
P O BOX 30168
LANSING, MI 48909

NATIONSTAR MORTGAGE
P O BOX 199111
DALLAS, TX 75219-9111

NATIONSTAR MORTGAGE LLC
P O BOX 619094
DALLAS, TX 75261-9741

NATIONSTAR MORTGAGE LLC
P O BOX 619096
DALLAS, TX 75261-9741

©2016 David Wm. Ruskin

NATIONSTAR MORTGAGE LLC
% POTESTIVO & ASSOCIATES PC
251 DIVERSION ST
ROCHESTER, MI 48307

NAVIENT
300 CONTINENTAL DR
NEWARK, DE 19713-4322

NAVIENT SOLUTIONS
P O BOX 13611
PHILADELPHIA, PA 19101-3611

NAVIENT SOLUTIONS
P O BOX 9640
WILKES-BARRE, PA 18773-9640

PORTFOLIO RECOVERY ASSOCIATES
% PRA RECEIVABLES MANAGEMENT LLC
P O BOX 12914
NORFOLK, VA 23541

PORTFOLIO RECOVERY ASSOCIATES - NOTICES
% PRA RECEIVABLES MANAGEMENT LLC
P O BOX 41067
NORFOLK, VA 23541

SAMS CLUB
P O BOX 530942
ATLANTA, GA 30353

SAMS CLUB
4125 WINDWARD PLZ
ALPHARETTA, GA 30005-8738

SEARS
P O BOX 6497
SIOUX FALLS, SD 57117

STATE OF MICHIGAN
DEPT OF TREASURY/BANKRUPTCY UNIT
P O BOX 30168
LANSING, MI 48909

STATE OF MICHIGAN CD
MICHIGAN DEPT OF TREASURY/AG
P O BOX 30456
LANSING, MI 48909-7955

THIRD PARTY WITHHOLDING UNIT
MICHIGAN DEPARTMENT OF TREASURY
P O BOX 15128
LANSING, MI 48901

U S ATTORNEY
211 W FORT #2300
DETROIT, MI 48226

U S BANK NA
% SOTTILE & BARILE
394 WARDS CORNER RD #180
LOVELAND, OH 45140

U S BANK TRUST NA AS TRUSTEE OF BUNGALOW SERIES F TRUST
% BSI FINANCIAL SERVICES
P O BOX 679002
DALLAS, TX 75267-9002

U S BANK TRUST NA AS TRUSTEE OF BUNGALOW SERIES F TRUST
% BSI FINANCIAL SERVICES
1425 GREENWAY DRIVE #400
IRVING, TX 75038

U S DEPARTMENT OF EDUCATION
P O BOX 790321
ST LOUIS, MO 63197-0321

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
P O BOX 8973
MADISON, WI 53708-8973

UNIVERSAL CARD CITIBANK
P O BOX 6241
SIOUX FALLS, SD 57117

US DEPT OF EDUCATION
P O BOX 7860
MADISON, WI 53704

WAYNE COUNTY TREASURER
400 MONROE #520
DETROIT, MI 48226

WAYNE COUNTY TREASURER
% KILPATRICK & ASSOCS PC
903 N OPDYKE SUITE C
AUBURN HILLS, MI 48326

©2016 David Wm. Ruskin

WAYNE COUNTY TREASURER
400 MONROE #520
DETROIT, MI 48226

WESTGATE REWARDS COMENITY
P O BOX 659617
SAN ANTONIO, TX 78265-9617

©2016 David Wm. Ruskin